# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1717. SHERMAN M. BROWN, JR. v. MONICA GEE-BROWN.

In this domestic relations case, the trial court adjudicated defendant Sherman Brown, Jr., in contempt in an order entered on June 17, 2021. Brown then filed both a notice of appeal and an application for discretionary review. We denied Brown's discretionary application on the merits, see *Brown v. Gee-Brown*, No. A21D0383 (July 9, 2021), and the direct appeal has been docketed as the instant case, No. A21A1717.

Because we rejected Brown's challenges to the trial court order sought to be appealed here in Case No. A21D0383, the current appeal is barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation omitted); accord *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a ruling on an application for discretionary appeal acts as res judicata in later proceedings); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal"). Consequently, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  07/26/2021

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*